UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB DYLAN COZINE,

      Plaintiff,

    v.

C. AMEZQUITA, et al.,

      Defendants.

Case No. 24-cv-01737-WHO (PR)

**ORDER OF DISMISSAL**

Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). (Dkt. No. 25.) As stated in the stipulation, each party shall bear its own litigation costs and attorney's fees. (*Id.*)

The Clerk shall enter judgment, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 29, 2025



WILLIAM H. ORRICK
United States District Judge